UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MARCELA CORTES MONTERO A/K/A  :
MARCELA CORTES-BARRANTES      :
                              :
                   Plaintiff, :    Civil Action No.: <u>1:22-cv-4879</u>
                              :
vs.                           :
                              :
SPIRIT AIRLINES, INC.,        :
                              :
                   Defendant. :
------------------------------------------------------------ x

## NOTICE OF REMOVAL

Defendant SPIRIT AIRLINES, INC. ("Spirit Airlines"), by and through its attorneys, Condon & Forsyth LLP, hereby removes this action to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of this Notice of Removal, Spirit Airlines states as follows:

1. This action was commenced against Spirit Airlines in the Supreme Court of the State of New York, County of New York, by the filing of a Summons and Verified Complaint on May 11, 2022. A copy of the Summons and Verified Complaint is annexed hereto as Exhibit A.

2. Service of the Summons and Verified Complaint was effected on Spirit Airlines on May 13, 2022 by delivering and leaving two copies of the Summons and Verified Complaint with a clerk in the office of the Secretary of State, of the State of New York, pursuant to Section 306 of the Business Corporation Law. A copy of the filed Affidavit of Service is annexed hereto as Exhibit B.

3. The Verified Complaint seeks unspecified damages allegedly arising from transportation on Spirit Flight 521 from Newark, New Jersey to Fort Lauderdale, Florida and Flight 651 from Fort Lauderdale, Florida to Armenia, Colombia, on or about March 27, 2022. *See* Exhibit

A ¶ 5. Plaintiff alleges that her itinerary included round-trip travel from and to the United States. *See id.* ¶ 8.

4. Specifically, Plaintiff alleges that while disembarking from Spirit Flight 651 in Armenia, Colombia she fell down a set of stairs used to descend from the aircraft, resulting in physical injuries. *See id.* ¶¶ 6, 9, 10.

5. The transportation out of which the subject matter of this action arose was "international carriage" within the meaning of a treaty of the United States known as the Convention for the Unification of Certain Rules Relating to International Carriage by Air, concluded at Montreal, Canada on May 18, 1999, reprinted in S. Treaty Doc. 106-45, CCH Av. L. Rep ¶ 27,400-59, 1999 WL 33292734 (1999) ("Montreal Convention"), and the rights of the parties to this action are governed exclusively by the provisions of said Montreal Convention.

6. Plaintiff alleges that this action is governed by the Montreal Convention (see Exhibit A ¶ 7) and invokes the Montreal Convention throughout the Complaint. *See id.* ¶¶ 11-13.

7. Accordingly, the underlying action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1331 as the action arises under the Montreal Convention, a treaty of the United States. *See Indem. Ins. Co. of N. Am. v. Expeditors Int'l of Washington, Inc.*, 382 F. Supp. 3d 302, 308 (S.D.N.Y. 2019); *Harraz v. EgyptAir Airlines Co.*, No. 18 CIV 12364 (ER), 2019 WL 6700946, at *8 (S.D.N.Y. Dec. 9, 2019).

8. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Southern District of New York, which is the district in which the civil court action is pending.

9. This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. § 1446(b).

10. Defendant will promptly file a copy of the Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York, as required by 28 U.S.C. § 1446(d).

11. Defendant will promptly give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant SPIRIT AIRLINES, INC. prays that the above-entitled action now pending in the Supreme Court of the State of New York, County of New York, be removed therefrom to this Court.

Dated:  June 10, 2022
       New York, New York

                Respectfully submitted,

                CONDON & FORSYTH LLP

                By  /s/ Jonathan E. DeMay
                    Jonathan E. DeMay
                    Constantine J. Petallides
                7 Times Square, 18th Floor
                New York, New York 10036
                Tel: (212) 490-9100
                jdemay@condonlaw.com
                cpetallides@condonlaw.com

                *Attorneys for Defendant*
                SPIRIT AIRLINES, INC.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Heather Jackson, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Lynbrook, New York. That on the 10th day of June 2022, deponent served the within Notice of Removal with Civil Cover Sheet upon:

David Jaroslawicz, Esq.
JAROSLAWICZ & JAROS PLLC
225 Broadway, 24th Floor
New York, New York 10007

*Attorneys for Plaintiff*

at the address designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Heather Jackson

Sworn to before me this
10th day of June 2022

_____
NOTARY PUBLIC

MARIA L. PAGAN
Notary Public, State of New York
No. 01PA4670337
Qualified in Queens County
Commission Expires Oct. 31, 2022