UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCELA CORTES MONTERO,

        Plaintiff,

- against -

SPIRIT AIRLINES, INC.,

        Defendant.

22-cv-4879 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by 7/1/22.

SO ORDERED.

Dated:    New York, New York
           June 17, 2022

                                      John G. Koeltl
                                United States District Judge