UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

MARCELA CORTES MONTERO A/K/A
MARCELA CORTES-BARRANTES

                       Plaintiff,

     vs.

SPIRIT AIRLINES, INC.,

                     Defendant.

-------------------------------------------------------- x

Civil Action No.: 1:22-cv-04879 (JGK)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel,

that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and

costs to either party.

JAROSLAWICZ & JAROS PLLC

By: _____
Elizabeth Eilender, Esq.
ecilender@lawjaros.com
225 Broadway - 24th Floor
New York, New York 10007
(212) 227-2780

*Attorneys for Plaintiff*
*Marcela Cortes Montero*

CONDON & FORSYTH LLP

By: _____
Jonathan E. DeMay
jdemay@condonlaw.com
Constantine J. Petallides
cpetallides@condonlaw.com
7 Times Square - 18th Floor
New York, New York 10036
(212) 490-9100

*Attorneys for Defendant*
*Spirit Airlines, Inc.*

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Judge

Dated: December 9, 2022